UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>ANNMARIE MORRIS,<br><br>                              Debtor. | Case No. 16-22548 (RDD)<br><br>Chapter 13 |

## ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor**:  Seterus, Inc.

**Property Address**:  14 S. 14th Avenue, Mount Vernon, NY 10550

**Last Four Digits of Account Number of Loan**: 0851

**File Date of Loss Mitigation request**: 4/22/2016

**Date of Entry of Loss Mitigation Order**: 5/27/2016

**Date of Entry of Order Approving Settlement (*if any*)**: 9/26/2016

**Other Requests for Loss Mitigation in this Case**: _____ Yes   __X__ No

The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

| | | | |
|---|---|---|---|
| X | Loan modification | ☐ | Surrender of property |
| ☐ | Short sale | ☐ | No agreement has been reached |
| ☐ | Other: _____ | | |

**ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.

Dated: White Plains, New York
         January 9, 2017

                                                    /s/ Robert D. Drain
                                                    Hon. Robert D. Drain
                                                    United States Bankruptcy Judge